## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**MELODY RUSSELL,**

      **Plaintiff,**

**v.**

**CLIENT SERVICES, INC.[1]**

      **Defendant.**

**CIVIL ACTION NO.:**

### <u>DEFENDANT CLIENT SERVICES, INC.'S NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Client Services, Inc. ("CSI") hereby removes the subject action from the Prince George's County Circuit Court, Maryland to the United States District Court for the District of Maryland on the following grounds:

1.     Plaintiff Melody Russell instituted an action in the Prince George's County Circuit Court, Maryland on May 11, 2026.  A copy of the Complaint is attached hereto as **<u>Exhibit A</u>**.

2.     CSI was served on May 19, 2026. Therefore, removal is timely.

3.     Plaintiff's Complaint alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq ("TCPA") and other state statutes.

4.     This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331 since there is a federal question. This suit falls within the TCPA which supplies the federal question.

5.     Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the Prince George's County Circuit Court, Maryland to the United States District Court for the District of Maryland.

---

[1] Misidentified as CLIENT SERVICES OF MISSOURI, INC. A/K/A CLIENT SERVICES INC. et al in Plaintiff's complaint.

6.      Notice of this removal will promptly be filed with the Prince George's County Circuit Court, Maryland and be served on all adverse parties.

7.      Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference.

WHEREFORE, Defendant Client Services, Inc., by counsel, removes the subject action from with the Prince George's County Circuit Court, Maryland, to the United States District Court for the District of Maryland.

Dated: June 18, 2026

/s/*Jeffrey Friedman*_____
Jeffrey L. Friedman (Bar No. 437099)
Friedman & Associates, LLC
100 Owings Court, Suite 4
Reisterstown, Maryland 21136
(410) 526-4500
Jeff@friedmanlaw.net
Attorney for Client Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, the foregoing was filed electronically with the Clerk of Court using the CM/ECF, and notice will be sent via CM/ECF and/or CMRRR to all party entitled to receive a copy.

*/s/ Jeffrey Friedman*_____