**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**

| | | |
|---|---|---|
| Melody Russell, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CASE NO. C-16-CV-26-002609 |
| v. | § | |
| | § | |
| Client Services Inc. et al/ Client Services of | § | |
| Missouri Inc. et al, | § | |
| | § | |
| *Defendant.* | § | |

**NOTICE BY DEFENDANT OF REMOVAL TO THE UNITED STATES**
**<u>DISTRICT COURT FOR THE DISTRICT OF MARYLAND</u>**

TO THE HONORABLE CLERK OF THE PRINCE GEORGE'S COUNTY CIRCUIT COURT, MARYLAND:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446(d), Defendant Client Services, Inc.[1] ("Defendant") serves Notice of its filing of Removal of the above-captioned case from this Court to the United States District Court for the District of Maryland.

Defendant has filed a Notice of Removal of this action to the United States District Court for the District of Maryland. A copy of the Notice of Removal is attached hereto as **<u>Exhibit A</u>** and is incorporated by reference as if fully set forth.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of a Notice of Removal in the United States District Court, together with the filing of a copy of the Notice with this Court, effects the removal of the action and the Court may proceed no further unless and until this case is remanded.

---

[1] Misidentified as CLIENT SERVICES OF MISSOURI, INC. A/K/A CLIENT SERVICES INC. et al in Plaintiff's complaint

Dated: June 18, 2026

Respectfully submitted,

/s/*Jeffrey Friedman*_____
Jeffrey L. Friedman (Bar No. 437099)
Friedman & Associates, LLC
100 Owings Court, Suite 4
Reisterstown, Maryland 21136
(410) 526-4500
Jeff@friedmanlaw.net
Attorney for Client Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of June 2026, the foregoing was served by email and

or CMRRR on the following:

Melody Russell
PO BOX 910
Laurel, MD 20725
(202)945-4578
wildriotentertainmentllc@gmail.com
*Pro Se*

 /s/ *Jeffrey Friedman*_____

2