

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

Reply to Southern Division Address

June 23, 2026

Melody Russell
P.O. Box 910
Laurel, MD 20725

RE:   Russell v. Client Services, Inc.
      8:26-cv-02460-TDC

Dear Ms. Russell:

The above-captioned case has been transferred or removed from the Circuit Court for Prince George's County to this Court and assigned the above case number.

Sincerely,
/s/
Catherine M. Stavlas, Clerk

cc:   All counsel/parties

Removal Notification Letter (03/2014)

---

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**